SEPTEMBER 19, 1994

No. 94–201. STEPHENS, COMMISSIONER OF INSURANCE OF KENTUCKY, IN HIS CAPACITY AS LIQUIDATOR OF DELTA AMERICA RE INSURANCE CO. *v.* INSTITUTO DE RESSEGUROS DO BRASIL (IRB). App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari dismissed under this Court's Rule 46.

SEPTEMBER 23, 1994

No. 94–218 (A–183). CITY OF BRIDGEPORT, CONNECTICUT, ET AL. *v.* BRIDGEPORT COALITION FOR FAIR REPRESENTATION ET AL. (two cases). C. A. 2d Cir. Certiorari granted, judgments vacated, and cases remanded to the Court of Appeals with instructions to vacate the judgments of the United States District Court for the District of Connecticut and then to remand the cases to the District Court for further consideration in light of *Johnson* v. *De Grandy, ante,* p. 997. The Clerk is directed to issue the judgment forthwith. Application for stay, presented to JUSTICE THOMAS, and by him referred to the Court, dismissed as moot. JUSTICE BREYER took no part in the consideration or decision of this petition and this application.